ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-5181
    Email: Gavin.Greene@usdoj.gov

JS-6

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. CV 12-00674 SVW (AJWx) |
|     Plaintiff, | Judgment for Permanent Injunction Against Metro Medical Associates, Inc., and Dr. Oscar Moore, Jr. |
|     vs. | |
| Metro Medical Associates, Inc., and Dr. Oscar Moore, Jr., | |
|     Defendants. | |

    Pursuant to the Stipulation for Entry of Judgment for Permanent Injunction Against Metro Medical Associates, Inc., and Dr. Oscar Moore, Jr. and all matters properly made part of the record:

    **IT IS ORDERED** that pursuant to 26 U.S.C. §§ 7402 and 7407, Metro Medical Associates, Inc., and Dr. Oscar Moore, Jr. are PERMANENTLY ENJOINED, and required to perform the following:

    1.    Withhold from payments to employees all income and Federal Insurance Contribution Act (FICA) taxes as required by law;

2. Deposit and account for the withholdings of income and FICA taxes into a bank account, separate and apart from all other funds, not later than the same day that the paychecks are given or made available to the employees; and

3. Pay over to the Internal Revenue Service the monies withheld and collected from its employees for income and FICA taxes, as well as the employer's contribution of FICA taxes, in a timely manner as required by law.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce this injunction and the United States may engage in post-judgment discovery to monitor the compliance of Metro Medical Associates, Inc., and Dr. Oscar Moore, Jr. with this injunction.

**IT IS FURTHER ORDERED** that Metro Medical Associates, Inc., and Dr. Oscar Moore, Jr. have waived any and all right to appeal from this judgment.

///
///
///

1 **IT IS FURTHER ORDERED** that if Metro Medical Associates, Inc., or Dr. Oscar Moore, Jr. violate this Judgment for Permanent Injunction, the violating party may be subject to civil and criminal sanctions for contempt of court, including imprisonment.

**IT IS SO ORDERED**.

DATED: January 31, 2012    _____
                            HON. STEPHEN V. WILSON
                            United States District Judge

Respectfully submitted,
ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America

Approved as to form and content:


_____
Dr. Oscar Moore, Jr.
Pro Se


_____
Dr. Oscar Moore, Jr.
President of Metro Medical Associates, Inc.

3